## AFFIDAVIT OF SERVICE

| Case:<br>1:23-CV-8197 | Court:<br>United States District Court for the Southern District of New York | County:<br>NY | Job:<br>9623884 (21269003) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Alexandra Avchukov, et al. | | Defendant / Respondent:<br>Avant Gardner, LLC, et al. | |
| Received by:<br>One Legal | | For:<br>Corbett Rights, P.C. | |
| To be served upon:<br>Jurgen Bildstein | | | |

I, Dainon Ward, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jorge Toledo, Business: 140 Stewart Ave, Brooklyn, NY 11237
**Manner of Service:** Substitute Service, Oct 3, 2023, 5:01 pm EDT
**Documents:** Summons (Received Sep 21, 2023 at 6:30pm PDT), Complaint (Received Sep 21, 2023 at 6:30pm PDT)

**Additional Comments:**
1) Successful Attempt: Oct 3, 2023, 5:01 pm EDT at Business: 140 Stewart Ave, Brooklyn, NY 11237 received by Jorge Toledo. Age: 36-50; Ethnicity: Caucasian; Gender: Male; Weight: 235; Height: 6'2"; Hair: Black; Other: Co-Worker;

Mailing Business- 10/6/2023

_Dainon Ward_   10/13/2023
Dainon Ward        Date
2079049-DCA

One Legal
1400 N McDowell Blvd, Suite 300
Petaluma, CA 94954
800-938-8815

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

Date 10/13/23  Commission Expires 6/23/27

Gail Kagan
Notary Public State of New York
NO. 01KA6094470
Qualified in Westchester County
Commission Expires June 23, 2027