IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE BROCKMOLE, LAUREN BAIR and NICK ERCKLENTZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>EZ FESTIVALS LLC, AVANT GARDNER, LLC, MADE EVENT LLC, CITYFOX, REYNARD PRODUCTIONS, JURGEN BILDSTEIN, PHILLIP WIEDERKEHR, AGDP HOLDING INC., GARDNER PURCHASER LLC, WIEDERKEHR ASSOCIATES, STEWART PURCHASER LLC, WRE PARENT US HOLDING CORP. INC., WRE MANAGEMENT LLC, WRE HOLDING AG and JOHN DOES NO. 1-10,<br><br>Defendants. | Civil Action No. 1:23-cv-08106-MMG (Consolidated) |

**PLEASE TAKE NOTICE** that on August 4, 2025, Defendants EZ FESTIVALS LLC, AVANT GARDNER, LLC, MADE EVENT LLC, REYNARD PRODUCTIONS, and AGDP HOLDING INC., together with other entities[1] (hereinafter, the "Debtors"), each filed voluntary petitions in the United States Bankruptcy Court for the District of Delaware for relief under Chapter 11 of the Bankruptcy Code. A copy of the notice of the relevant Debtors' bankruptcy case filing, together with a copy of the petition for each entity, is attached pursuant to **Schedule A**.

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). *See* Schedule A. Contemporaneously with the filing of their voluntary petitions, the Debtors have filed a motion for joint administration of the chapter 11 cases for administrative purposes.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362(a) of the Bankruptcy Code, the Debtors' filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' case(s) or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' case(s); (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate(s), of a judgment obtained before the commencement of the Debtors' case(s); or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate(s), or to exercise control over property of the Debtors' bankruptcy estate(s).

Dated: August 4, 2025
       New York, New York

Respectfully submitted,

KAUFMAN DOLOWICH, LLP

By:  /s/ Patrick M. Kennell
     Patrick M. Kennell
        pkennell@kaufmandolowich.com
     Kathleen A. Mullins
        kathleen.mullins@kaufmandolowich.com
     40 Exchange Place – 20th Floor
     New York, New York 10005
     Tel: (212) 485-9600

     *Attorneys for Defendants*
     EZ FESTIVALS, LLC, AVANT GARDNER, LLC, MADE EVENT LLC, CITYFOX, REYNARD PRODUCTIONS, JURGEN BILDSTEIN, and AGDP HOLDING INC.

To:   All Parties and Counsel of Record (*Via ECF*)

## **SCHEDULE A**

Pending Bankruptcy Cases Filed by Affiliated Entities

| Entity Name | Index No. | Exhibit |
|---|---|---|
| Made Event, LLC | 1:25-bk-11442-MFW | A |
| Avant Gardner, LLC | 1:25-bk-11443-MFW | B |
| EZ Festivals LLC | 1:25-bk-11444-MFW | C |
| AGDP Holding Inc | 1:25-bk-11446-MFW | D |
| Reynard Productions, LLC | 1:25-bk-11447-MFW | E |